## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>MARCO SALAS-CORONA (01)<br><br>                    Defendant. | Case No. 16CR1769-AJB<br><br>FILED 16 SEP -8 AM 11:07<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY VO<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

__    the Court has granted the motion of the defendant for a judgment of acquittal; or
__    a jury has been waived, and the Court has found the defendant not guilty; or

__    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment:

        8:1324(a)(2)(B)(ii), 18:2 - Bringing in Aliens for Financial Gain, Aiding and Abetting (1) Felony

        8:1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation (2) Felony

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 9/7/2016

                                              Hon. Anthony J. Battaglia
                                              United States District Judge